IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

STEVEN MICHAEL HERRERA, #71728-080 §

VS. § CIVIL ACTION NO. 4:13CV228
CRIMINAL ACTION NO. 4:11CR45 (1)

UNITED STATES OF AMERICA §

O R D E R

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush. The Magistrate Judge issued a Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of Petitioner's motion for summary judgment. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that Petitioner's motion for summary judgment (docket entry #6) is **DENIED**.

**SIGNED this the 29th day of March, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE